IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NADINE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 1:21-cv-03858-MLB-WEJ |
| RICKY L. CLARK, JR., individually | ) |
| and in his official capacity as City | ) |
| Manager for the City of Jonesboro; | ) |
| WILFRED NORWOOD, individually | ) |
| and in his official capacity as Interim | ) |
| Chief of Police for the City of | ) |
| Jonesboro; and THE CITY OF | ) |
| JONESBORO, GEORGIA, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF DEPOSITION**

Plaintiff Nadine Lee hereby gives notice that, pursuant to Federal Rule of Civil Procedure 30, she will take the deposition of Wilfred Norwood on Wednesday, March 30, at 10:00 a.m., or at another time mutually agreed upon by counsel, at the Law Offices of Gray, Rust, St. Amand, Moffett & Brieske, 950 East Paces Ferry Road NE, Suite 1700, Atlanta, GA 30326, or at another location mutually agreed upon by counsel.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-point Times New Roman font.

This 21st day of March, 2022.

/s/ Andrew C. Salman
Oscar E. Prioleau, Jr.
Georgia Bar No. 588510
Andrew C. Salman
Georgia Bar No. 505006
Prioleau & Milfort, LLC
3800 Camp Creek Parkway SW
Bldg. 1800, Ste. 124
Atlanta, Georgia 30331
(404) 526-9400 (Office)
oscar@pmlawteam.com
andrew@pmlawteam.com

*Attorneys for Plaintiff Nadine Lee*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NADINE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:21-cv-03858-MLB-WEJ |
| RICKY L. CLARK, JR., individually ) | |
| and in his official capacity as City ) | |
| Manager for the City of Jonesboro; ) | |
| WILFRED NORWOOD, individually ) | |
| and in his official capacity as Interim ) | |
| Chief of Police for the City of ) | |
| Jonesboro; and THE CITY OF ) | |
| JONESBORO, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of March, 2022, I served Plaintiff's Notice of Deposition to Defendant Wilfred Norwood by electronic mail to: mrust@grsmb.com and ajoseph@grsmb.com.  I further certify that I also placed a copy of the foregoing in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed to:

Michael J. Rust

Alex M. Joseph

Gray, Rust, St. Amand, Moffett & Brieske
950 East Paces Ferry Road NE
Suite 1700
Atlanta, GA 30326

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 21st day of March, 2022.

/s/ Andrew C. Salman
Andrew C. Salman, Esq.
Georgia Bar No. 505006