IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NADINE LEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICKY L. CLARK, JR., individually )<br>and in his official capacity as City )<br>Manager for the City of Jonesboro; )<br>WILFRED NORWOOD, individually )<br>and in his official capacity as Interim )<br>Chief of Police for the City of )<br>Jonesboro; and THE CITY OF )<br>JONESBORO, GEORGIA, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>1:21-cv-03858-MLB-WEJ |

## NOTICE OF DEPOSITION

Plaintiff Nadine Lee hereby gives notice that, pursuant to Federal Rule of Civil Procedure 30, she will take the deposition of Ricky L. Clark, Jr., on Wednesday, March 30, upon the conclusion of Plaintiff's deposition of the City of Jonesboro, or at another time mutually agreed upon by counsel, at the Jonesboro Police Department, 170 S Main St, Jonesboro, GA 30236, or at another location mutually agreed upon by counsel.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-point Times New Roman font.

    This 21st day of March, 2022.

        /s/ Andrew C. Salman
        Oscar E. Prioleau, Jr.
        Georgia Bar No. 588510
        Andrew C. Salman
        Georgia Bar No. 505006
        Prioleau & Milfort, LLC
        3800 Camp Creek Parkway SW
        Bldg. 1800, Ste. 124
        Atlanta, Georgia 30331
        (404) 526-9400 (Office)
        oscar@pmlawteam.com
        andrew@pmlawteam.com

        *Attorneys for Plaintiff Nadine Lee*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NADINE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 1:21-cv-03858-MLB-WEJ |
| RICKY L. CLARK, JR., individually ) | |
| and in his official capacity as City ) | |
| Manager for the City of Jonesboro; ) | |
| WILFRED NORWOOD, individually ) | |
| and in his official capacity as Interim ) | |
| Chief of Police for the City of ) | |
| Jonesboro; and THE CITY OF ) | |
| JONESBORO, GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of March, 2022, I served Plaintiff's Notice of Deposition to Defendant Ricky L. Clark, Jr., by electronic mail to: mrust@grsmb.com and ajoseph@grsmb.com. I further certify that I also placed a copy of the foregoing in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed to:

Michael J. Rust

Alex M. Joseph

Gray, Rust, St. Amand, Moffett & Brieske
950 East Paces Ferry Road NE
Suite 1700
Atlanta, GA 30326

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 21st day of March, 2022.

/s/ Andrew C. Salman
Andrew C. Slaman, Esq.
Georgia Bar No. 505006