IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NADINE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 1:21-cv-03854-ELR-AJB |
| RICKY L. CLARK, JR., individually | ) |
| and in his official capacity as City | ) |
| Manager for the City of Jonesboro; | ) |
| WILFRED NORWOOD, individually | ) |
| and in his official capacity as Interim | ) |
| Chief of Police for the City of | ) |
| Jonesboro; and THE CITY OF | ) |
| JONESBORO, GEORGIA, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE OF DISCOVERY**

Come now Ricky L. Clark, Jr., Wilfred Norwood, and the City of Jonesboro, Georgia, named as defendants in the above-styled action, pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and certifies service of the following:

1. Response of Defendant Ricky L. Clark, Jr. to Plaintiff's First Set of Requests for Admissions;

2. Response of Defendant Ricky L. Clark, Jr. to Plaintiff's First Set of Interrogatories;

3. Response of Defendant Ricky L. Clark, Jr. to Plaintiff's First Set of Requests for the Production of Documents;

4. Response of the City of Jonesboro, Georgia to Plaintiff's First Set of Requests for Admissions;

5. Response of the City of Jonesboro, Georgia to Plaintiff's First Set of Interrogatories;

6. Response of the City of Jonesboro, Georgia to Plaintiff's First Set of Requests for Production of Documents;

7. Response of Defendant Wilfred Norwood to Plaintiff's First Set of Requests for Admissions;

8. Response of Defendant Wilfred Norwood to Plaintiff's First Set of Interrogatories; and

9. Response of Defendant Wilfred Norwood to Plaintiff's First Set of Requests for Production of Documents.

The above-referenced documents were served by email and United States mail to the following:

> Andrew C. Salman
> Prioleau & Milfort, LLC
> 3800 Camp Creek Pkwy
> Building 1800, Suite 124
> Atlanta, GA  30331
> andrew@pmlawteam.com

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 13-Point Book Antiqua font.

This 29th day of March, 2022.

/s/Alex Joseph
Harvey S. Gray
Georgia Bar No. 305838

                                                        Alex Joseph
                                                        Georgia Bar No. 590921
                                                        *Attorneys for Defendants*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a copy of the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system which automatically electronically serve all counsel of record.

This 29th day of March, 2022.

/s/ Alex Joseph
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendants*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com